MARVIN, Respondent, vs. THE TOWN OF JACOBS, Appellant.

*April 30 — May 20, 1890.*

*Town orders drawn on road fund.*

There being no law authorizing the establishment of a separate road fund, town orders purporting to be drawn upon such a fund are payable out of the general fund of the town.

APPEAL from the Circuit Court for *Ashland* County. Action upon the several town orders, payment of which

---

Marvin vs. The Town of Jacobs.

---

had been refused.    Each of said orders was in form like the following:

"$10.00                    ROAD ORDER.                    No. 302.

"Glidden, Ashland Co., Wis., July 20, 1889.

"*To the Treasurer of the Town of Jacobs:*    Pay to H. Kalvring or bearer, the sum of ten dollars out of any moneys in the road fund not otherwise appropriated, being for inspecting road.                    C. W. KLINE, Chairman.

"Countersigned: P. J. SCALLON, Clerk."

The defendant appeals from an order overruling a general demurrer to the complaint.

For the appellant there was a brief by *Cole & O'Keefe*, attorneys, and *Tomkins, Merrill & Smith*, of counsel, and oral argument by *Rublee A. Cole* and *W. M. Tomkins*.

For the respondent there was a brief by *Mead & Dixon*, and oral argument by *A. E. Dixon*.

COLE, C. J.    This is a suit against the town upon town orders.    The objection to the complaint is that the orders are drawn upon a particular fund,— that is, the road fund,— and that it does not appear that there was any money belonging to that fund to pay them.    The orders must be deemed payable out of the general fund of the town.    We do not understand that there is any provision of law which authorizes the town officers to establish a separate road fund.    The orders, therefore, were payable out of the general fund of the town.    The fact that the orders stated that they were payable out of the road fund not otherwise appropriated must be understood as merely designating the purpose for which the orders were drawn, and for the convenience of the officers of the town in tracing and adjusting their accounts.    *Montague v. Horton,* 12 Wis. 668.

The other objections to the complaint are disposed of by

the decisions in *Brown v. Town Board, ante,* p. 27, and *Brown v. Jacobs, ante,* p. 29.

*By the Court.*— The order of the circuit court is affirmed, and the cause remanded for further proceedings.